UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

LHF Productions, Inc.
                    Plaintiff,

v.                                      Case No.: 1:16−cv−06811
                                        Honorable Sharon Johnson Coleman

Does 1−22, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2017:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 1/30/2017. There being no appearance by the movant, Doe defendant No. 18's motion to quash subpoena [19] is denied with prejudice. Status hearing set for 3/3/2017 at 09:00 AM. Pursuant to Rule 4l(a)(l) of the Federal Rules of CivilProcedure, plaintiff hereby dismisses with prejudice and without costs, all causes of action in the complaint against Doe Defendant No. 7. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.